No. 70–310.  PHILLIPS, ADMINISTRATRIX *v.* FIRST NATIONAL CITY BANK OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 70–312.  GOODMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 70–318.  HARRIS ET AL. *v.* SAMUELS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 70–323.  KENDALL HOUSE APARTMENTS, INC. *v.* DEPARTMENT OF REVENUE ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 70–324.  MATHIS *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 70–325.  TRAVELERS INSURANCE CO. *v.* SMITH, EXECUTRIX.  C. A. 6th Cir.  Certiorari denied.

No. 70–327.  RUST *v.* COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 70–332.  UHRIG *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 70–333.  UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES & CANADA, LOCAL UNION No. 189 *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 70–334.  DU PAGE UTILITY CO. *v.* ILLINOIS COMMERCE COMMISSION.  Sup. Ct. Ill.  Certiorari denied.